United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| GENOVEVA GARZA, § § § § § § § § § § | |
| Plaintiff, | |
| v. | Civil Action No. 7:25-CV-00328 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the October 20, 2025, Report and Recommendation ("R&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 15). Judge Medrano made findings and conclusions and recommended that Plaintiff Genoveva Garza's civil action be dismissed for failure to prosecute.

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's R&R, (Dkt. No. 15), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' Motion to Dismiss and Brief in Support, (Dkt. No. 5), is **DENIED as moot**; and

(3)   Plaintiff's civil action is **DISMISSED without prejudice** for failure to prosecute.

It is SO ORDERED.

Signed on February 27, 2026.

                                                     **D**REW **B**. **T**IPTON
                                          **UNITED STATES DISTRICT JUDGE**